UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CLARK SIMS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>L. BIRD, Warden; K. WILLEY, Fire Captain; M. CARILLO, Correctional Counselor; Y. MENCIAS, Correctional Counselor; L. ROLTGEN, Parole Agent; G. JOSEPH, Parole Agent; HORMOZI, Correctional Officer; L. WALKER, Correctional Counselor; SHARPE, Correctional Counselor; Y. YANG, Correctional Counselor; S. ALATORRE, Parole Agent; and JAN or JOHN DOE, CDCR Employees,<br><br>　　　　　　　　　　Defendants. | Case No.: 23-CV-463 TWR (BLM)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>(ECF No. 8) |

Presently before the Court is Plaintiff Nelson Clark Sims' Motion for an Extension of Time to File an Amended Complaint. (ECF No. 8, "Mot.") Plaintiff requests an additional sixty (60) days in which to file an amended complaint. (*Id.* at 2.) Good cause appearing, the Court **GRANTS** Plaintiff's Motion. Plaintiff may file an amended complaint <u>on or before October 13, 2023</u>. Per the Court's prior Order, (*see* ECF No. 7 at

1

15), *failure to timely amend the Complaint will result in the Court's dismissal without prejudice of this case for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B) and failure to prosecute in compliance with a court order requiring amendment.  See Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert the dismissal of the complaint into dismissal of the entire action.").  Absent extraordinary circumstances, no further extensions will be granted.

**IT IS SO ORDERED.**

Dated:  August 11, 2023

_____
Honorable Todd W. Robinson
United States District Judge